IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

KEITH B. BURKINS, #00034256,     )
    Plaintiff,                   )
                                 )
v.                               )   3:00-CV-2377-M
                                 )
ROGER A. RUDLOFF, et al.,        )
    Defendants.                  )

## NOTICE OF DEFICIENCY AND ORDER

Upon review of the papers and pleadings filed in the above styled and numbered cause, the following deficiencies appear:

( )    Complaint is not in compliance with Federal Rule of Civil Procedure 8(a).

( )    Signature of the attorney of record or each party proceeding *pro se* is required on each pleading, motion or other paper filed by that party. (See Federal Rule of Civil Procedure 11). Plaintiff(s) must submit a new and properly signed: ( ) complaint.    ( ) request to proceed *in forma pauperis*.

( )    A filing fee has not been paid nor has a proper request to proceed *in forma pauperis* been submitted.

(X)    The submitted request to proceed *in forma pauperis* does not include a certified statement of the balance in plaintiff's inmate trust account for the six-month period preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff should submit a "kyte" to the vault requesting a complete list of the transactions in his inmate trust account for the last six months.

( )    Civil rights pleadings are not filed on the appropriate form.

**The Clerk of the Court shall take the following indicated action:**

(X)    A true copy of this order shall be mailed to each plaintiff or his/her attorney of record. No further process shall issue except upon order of the Court.

( )    A form application to proceed *in forma pauperis* shall be mailed to each plaintiff.

( )    A copy of Federal Rule of Civil Procedure 8 shall be mailed to each plaintiff.

( )    A form complaint shall be mailed to plaintiff.

It is hereby **ORDERED** that plaintiff(s) shall cure each aforementioned deficiency within thirty (30) days of the date of this order. Failure to comply with this order will result in a recommendation that the complaint be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SIGNED this 2nd day of November, 2000.

UNITED STATES MAGISTRATE JUDGE