

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

KEITH B. BURKINS            )
                            )
         Plaintiff          )
                            )
                            )   Civil:3:00-CV-2377-L
V.                          )
                            )
                            )
ROGER A. RUDLOFF, ET AL

         Defendant          )

## ORDER

The Judge to whom this case was initially assigned having recused himself, it is

ORDERED that this case be, and the same hereby is, assigned to the docket of the Honorable

Barbara M.G. Lynn, United States District Judge, and should reflect the following case

number:   **3:00-CV-2377-M**

Dated this ___3___ day of November 2000.

JERRY BUCHMEYER
CHIEF JUDGE