# ORDER

Re: Pending Cases Before Judge Lynn

If a Scheduling Order has been entered in your case prior to December 1, 2000, the amendments to Rule 26(a)(1) shall not be applicable and you shall not be required to make the disclosures required therein.

**SO ORDERED.**

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC - 7 2000
CLERK, U.S. DISTRICT COURT
By _____
Deputy

ENTERED ON DOCKET
DEC - 7 2000
U S DISTRICT CLERK'S OFFICE

| Case No. | Case Style |
| --- | --- |
| 3:00-CV-2296-M | National Satellite Sports v. Ana Trevino |
| 3:00-CV-2308-M | Henry v. Kaufman County Sheriff Dept. |
| 3:00-CV-2326-M | Roberson v. Thomas, et al. |
| 3:00-CV-2328-M | U.S.A. v. Ellis |
| 3:00-CV-2335-M | Reed v. Sewer-Matic Encor. Service, et al. |
| 3:00-CV-2340-M | Herman v. Jos Steel Company, et al. |
| 3:00-CV-2350-M | Trimble v. Johnson |
| 3:00-CV-2376-M | Bank of America v. Davis, et al. |
| 3:00-CV-2377-M | Burkins v. Rudloff, et al. |
| 3:00-CV-2378-M | @Track Comm. v. Tekelec, et al. |
| 3:00-CV-2380-M | Williams v. GTE |
| 3:00-CV-2401-M | Quilling v. Conway, et al. |
| 3:00-CV-2406-M | Clade Enterprises et al v. Ruth U Fertel Inc. |
| 3:00-CV-2407-M | Hendrick v. MJCDA Intl. |
| 3:00-CV-2411-M | Wright v. Cygnet Financial |
| 3:00-CV-2416-M | Kapaoustin, et al. v. Natl Specialized Invest. |
| 3:00-CV-2425-M | Kilgore v. Sprint Spectrum, L.P. |
| 3:00-CV-2428-M | Maynard, et al. v. State Farm Lloyds |
| 3:00-CV-2441-M | Beeler v. Rounsavall |
| 3:00-CV-2448-M | Garay v. Johnson |
| 3:00-CV-2458-M | Rand Energy v. Del Mar Drilling Company |
| 3:00-CV-2459-M | Haynes v. Phycor of Irving |
| 3:00-CV-2476-M | Murchison v. DISD, et al. |
| 3:00-CV-2477-M | American Factors Corp. v. ABC Janitorial |
| 3:00-CV-2483-M | Marshall, Jr. v. Metropolitan Life Ins. Co. |
| 3:00-CV-2484-M | Turner v. Johnson |
| 3:00-CV-2487-M | Johnson v. Apfel |
| 3:00-CV-2491-M | Hollaway v. Johnson |
| 3:00-CV-2499-M | Comer v. Gates of Cedar Hill |
| 3:00-CV-2507-M | USA v. Rincon |
| 3:00-CV-2509-M | USA v. Rashidi |
| 3:00-CV-2522-M | Leonard v. Johnson |
| 3:00-CV-2526-M | Sargent v. Vanguard Plastics |
| 3:00-CV-2549-M | Watts v. Johnson |
| 3:00-CV-2575-M | Johnson v. DART |
| 3:00-CV-2582-M | Fourner v. Winstar Wireless Inc. |
| 3:00-CV-2594-M | North Texas Soccer Assoc. v. Colonia Ins. |
| 3:00-CV-2597-M | Management Insights v. CIC Enterprises |
| 3:00-CV-2614-M | State Farm Life v. Ivey, et al. |
| 3:00-CV-2619-M | Scandinavian Oil v. Kondos, et al. |