Hello District Clerk

3:00-cv-2377-M

This is a letter to let you know that I've been shipped to T.D.C.J. I'm sorry for not writing sooner, but it took me some time to find out how things are done down here but now I'm settled in. Oh yeah I would like to know what's going on with my complaint. Because I received 40 yrs when I didn't do anything and I wrote to you'll and let you know that the complaintants in my case said that I didn't do anything and I went through a jury trial that I didn't sign for. I feel like the D.P.D. had something to do with my conviction because it was two officers that testified against me and they both lied under oath! I would like for someone to look into my trial because if they do they would see that I'm telling the truth. Just read my trial transcripts and please let me know what's going on because I haven't heard from anyone in a while.

Keith Burkin

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 2 2 2000
CLERK, U.S. DISTRICT COURT
By _____
Deputy

9