IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



KEITH BURKINS,

    Plaintiff,

v.                                 3:00-CV-2377-M

ROGER RUDLOFF, and TERRELL BOLTON,

    Defendants.

## ORDER DECLINING TO ADOPT THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND RE-REFERRING THE CASE TO THE MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions and recommendation of the United States Magistrate Judge, the Court finds that the Plaintiff attempted to comply with the Magistrate Judge's Order of November 2, 2000, and therefore DECLINES to adopt the findings and conclusions of the Magistrate Judge

The case is hereby RE-REFERRED to the Magistrate Judge for further proceedings as appropriate.

Signed this _11_ day of January, 2001

BARBARA M G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

10