# UNITED STATES DISTRICT COURT

Northern District of Texas

Keith B. Burkins, #1013686
    Plaintiff
    V.

Roger A. Rudloff, et al.
    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:00-cv-2377-M

TO: (Name and address of Defendant)

Rodger A. Rudloff
Dallas Police Department
2014 Main Street
Dallas, TX 75201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Keith B. Burkins, #1013686
TDCJ, Gurney Unit
PO Box 6400
Tennessee Colony, TX 75861

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

KAREN MITCHELL            April 27, 2001
CLERK            DATE

(By) DEPUTY CLERK