ORIGINAL

FROM: KEITH B. BURKINS
T.D.C.J - ID 1013686-C-108
JOE F. GURNEY UNIT
P.O. BOX 6400
TENNESSEE COLONY T.X. 75861



COPY

RE: RESPONSE TO COMPLAINT

MAY 7, 2001

3:00CV2377-M

YOUR HONOR.

I'M WRITING THIS LETTER TO ASK FOR MORE TIME SO THAT I CAN WAITE TO MY MOTHER SO I CAN GET THE PROOF. THAT I NEED. SO I CAN PROVE THAT I WAS DENIED ACCESS TO THE OPEN RECORDS. THE PROOF IS <u>SOME LETTERS</u> IN WHICH CHEF <u>TERRELL BOLTON</u> SENT TO ME. SO PLEASE ALLOW ME TO HAVE A LITTLE MORE TIME TO OBTAIN THOSE LETTERS. SO THAT I CAN BE ABLE TO SEND YOU COPIES ALSO. THANK YOU.

Keith Burkins

20