IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAY 16 2001

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| KEITH B. BURKINS, # 1013686, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| ROGER A. RUDLOFF, et al., | § |
| | § |
| Defendants. | § |
| | § |

Civil Action No. 3:00-CV-2377-M

ENTERED
2001
U.S.D.C.

**ORDER**

On this day came on for consideration Plaintiff's Motion for Extra Time to File Objections,

which is how the Court construes Plaintiff's May 7, 2001 letter, filed May 10, 2001. The letter seeks

more time for Plaintiff to obtain letters regarding his Texas Open Records Act claim. Since that

complaint does not state a federal claim, Plaintiff's request for additional time is **DENIED**.

SO ORDERED this 16 day of May , 2001.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE

1