UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEITH B. BURKINS, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 3:00-CV-2377-§ H |
| ROGER A. RUDLOFF, et al., | § § § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW,** Kevin B. Wiggins and Tracey R. Wallace with the law firm of White Sims & Wiggins, L.L.P., and hereby file this Notice of Appearance and would show unto the Court the following:

I.

1.1    Kevin B. Wiggins and Tracey R. Wallace hereby enter their appearance as Counsel of Record for Defendant Roger A. Rudloff.

1.2.   Counsel requests that all correspondence concerning the aforementioned case be directed to the following address:

> *Kevin B. Wiggins*
> *Tracey R. Wallace*
> *White Sims & Wiggins, L.L.P.*
> *1999 Bryan Street*
> *3470 Harwood Center*
> *Dallas, Texas 75201*
> *(214) 665-4155 (Telephone)*
> *(214) 665-4170 (Facsimile)*

**Notice of Appearance - Page 1**

Respectfully submitted,

**WHITE SIMS & WIGGINS, L.L.P.**

_____
**KEVIN B. WIGGINS**
Bar Card No. 21441600
**TRACEY R. WALLACE**
Bar Card No. 00797617
1999 Bryan Street
3470 Harwood Center
Dallas, Texas 75201
(214) 665-4150
(214) 665-4170 (Facsimile)

**ATTORNEYS FOR DEFENDANT ROGER A. RUDLOFF**

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has been forwarded to following persons in the manner indicated on this the 6th day July 2001:

| | |
|---|---|
| Detra G. Hill<br>Assistant City Attorney<br>Dallas City Hall 7BN<br>1500 Marilla Street<br>Dallas, Texas 75201 | **[via first class mail]** |
| Keith B. Burkins<br>#00034256<br>Plaintiff Pro Se<br>Dallas County Jail<br>500 Commerce Street<br>Lew Sterrett<br>Dallas, Texas 75202 | **[via certified mail]** |

_____
TRACEY R. WALLACE

**Notice of Appearance - Page 2**