

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEITH B. BURKINS, | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. |
| | § | 3:00-CV-2377-M |
| | § | |
| ROGER A. RUDLOFF, et al. | § | |
|     Defendants. | § | |

## DEFENDANT ROGER A. RUDLOFF'S MOTION
## FOR WITHDRAWAL OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Roger Rudloff ("Defendant"), submits the following Motion for Withdrawal of Counsel and, in support thereof, respectfully shows the court the following:

Kevin B. Wiggins of White Simms & Wiggins, L.L.P. has filed a Notice of Appearance as counsel of record for Defendant. Defendant will no longer be represented by the Dallas City Attorney's Office and Mark E. Goldstucker and Detra G. Hill.

WHEREFORE Defendant requests that the Court grant this motion and that Mark E. Goldstucker and Detra G. Hill's names be removed as counsel of record.

Respectfully submitted,

CITY ATTORNEY OF THE CITY OF DALLAS

MARK E. GOLDSTUCKER
Assistant City Attorney
State Bar of Texas No. 08104100
DETRA G. HILL
Assistant City Attorney
State Bar of Texas No. 09627800
    Dallas City Hall 7BN
    1500 Marilla Street
    Dallas, TX 75201
    214/670-3519
    Telecopier: 214/670-0622

By: _____
Assistant City Attorney

## CERTIFICATE OF CONFERENCE

Plaintiff is currently incarcerated with the Texas Department of Criminal Justice. Thus, Counsel for Defendant was unable to confer with Plaintiff regarding the merits of this motion.

_____
DETRA G. HILL

## CERTIFICATE OF SERVICE

On July 12th, 2001, a copy of the foregoing document was served by certified mail, return receipt requested on Keith B. Burkins, Plaintiff Pro Se, T.D.C.J. - ID 1013686-C-08, Joe F. Gurney Unit, P. O. Box 6400, Tennessee Colony, Tx. 75861; and Kevin B. Wiggins, 1999 Bryan Street, 3470 Harwood Center, Dallas, Texas 75201.

_____
DETRA G. HILL

DEFENDANT ROGER A. RUDLOFF'S MOTION FOR WITHDRAWAL OF COUNSEL- page 2