IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEITH B. BURKINS,<br>Plaintiff, | § § § | |
| V. | § § | CIVIL ACTION NO.<br>3:00-CV-2377-M |
| ROGER A. RUDLOFF, et al.<br>Defendants. | § § § | |

### ORDER PERMITTING WITHDRAWAL OF COUNSEL

The Court, having considered Defendant Roger A. Rudloff's Motion for Withdrawal of Counsel, finds that the motion should be granted.

IT IS, THEREFORE, ORDERED that Defendant's Motion for Withdrawal of Counsel is hereby GRANTED.

IT IS FURTHER ORDERED that the district clerk is directed to remove Mark E. Goldstucker and Detra G. Hill as attorneys of record for Defendant Roger A. Rudloff.

Dated: 7-16-01

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE

ORDER PERMITTING WITHDRAWAL OF COUNSEL - page 1