ORIGINAL

Copied

Dear

3:00CV2377-M

Clerk I'm writing to inform you that I's been "moved" to another unit to do my ~~legal~~ legal work. I would like to ask if you to let me "amend" my case? and I would like to know the progress on my complaint. because I havn't head any thing about my complaint since 5-17-01 when I recieved the notice from the U.S. Marshalls and I would like to know whats going on.

Thank you!

W/B/S

Keith B. Burking

DISTRICT COURT
ERN DISTRICT OF TEXAS
FILED
JUL 16 2001
CLERK, U.S. DISTRICT COURT
By _____
Deputy

27