IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEITH BURKINS, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO.: 3:00-CV-2377-M |
| | § |
| ROGER RUDLOFF, | § |
| | § |
| Defendant. | § |

### ORDER REFERRING MOTION

Under authority of 28 U.S.C. § 636(b) and Rule 2(c)(3) of Miscellaneous Order No. 6 of this District, it is **ORDERED** that Plaintiff's Motion To Amend Prisoner Complaint, filed on July 16, 2001 in the above-entitled action, is hereby **REFERRED** to United States Magistrate Judge William F. Sanderson, Jr. for hearing, if necessary, and determination.

All future filings regarding the referred motion should be addressed to the United States Magistrate Judge, not to the district judge, and should be accompanied by a transmittal letter addressed to the magistrate, so that filings will reach the magistrate without delay.

SO ORDERED.

DATED: July 25, 2001.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS