IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | |
|---|---|
| KEITH B. BURKINS, #00034256, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §      3:00-CV-2377-M |
| | § |
| ROGER A. RUDLOFF, et al., | § |
| | § |
| Defendants. | § |

## ORDER REFERRING MOTION

Under authority of 28 U.S.C. § 636(b) and Rule 2(c)(3) of Miscellaneous Order No. 6 of this District, it is **ORDERED** that Plaintiff's Motion for Appointment of Counsel, filed on August 20, 2001, in the above-referenced action, is hereby **REFERRED** to United States Magistrate Judge Wm. F. Sanderson, Jr. for hearing, if necessary, and determination.

All future filings regarding the referred motion should be addressed to the United States Magistrate Judge, not to the district judge, and should be accompanied by a transmittal letter addressed to the magistrate, so that filings will reach the magistrate without delay.

SO ORDERED.

DATED:     August 21, 2001

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

31