IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

KEITH B. BURKINS, #00034256, §
    Plaintiff, §
     §
     §   3:00-CV-2377-M
v. §
     §
ROGER A. RUDLOFF, et al., §
    Defendants. §

## ORDER REFERRING MOTIONS

Under authority of 28 U.S.C. § 636(b) and Rule 2(c)(3) of Miscellaneous Order No. 6 of this District, it is **ORDERED** that Plaintiff's Motion for Leave to Amend, filed on January 17, 2002, is hereby **REFERRED** to United States Magistrate Judge Wm. F. Sanderson, Jr. for hearing, if necessary, and determination.

Under authority of 28 U.S.C. § 636(b) and Rule 2(c)(4) of Miscellaneous Order No. 6 of this District, it is **ORDERED** that the Defendant Roger A. Rudloff's Motion to Dismiss and/or Motion for Summary Judgment, filed January 17, 2002, is hereby **REFERRED** to United States Magistrate Judge Wm. F. Sanderson, Jr., for hearing, if necessary, and for the United States Magistrate Judge to submit to the court proposed findings and recommendations for disposition of the motion.

All future filings regarding the referred motions should be addressed to the United States Magistrate Judge, not to the district judge, and should be accompanied by a transmittal letter addressed to the magistrate, so that filings will reach the magistrate without delay.

**SO ORDERED.**

**DATED:** January 22, 2002

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS