

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

JAN - 7 2004

CLERK, U.S. DISTRICT COURT

By _____

Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

KEITH B. BURKINS, §
§
Plaintiff, §
§
v. § CIVIL ACTION NO: 3-00-CV-2377-N
§
ROGER A. RUDLOFF, ET AL., §
§
Defendants. §

## PLAINTIFF'S WITNESS LIST, EXHIBIT LIST, AND DEPOSITION DESIGNATIONS

Pursuant to this Court's Scheduling Order and Local Rule 16.1, Plaintiff Keith Burkins files the following list of witnesses, exhibits, and deposition designations:

A.      Witnesses.

1.      Keith Burkins.  Mr. Burkins will testify concerning the events of November 17, 1999, made the basis of this lawsuit.  He will describe the facts surrounding his arrest and beating by Defendant Rudloff, the injuries he sustained as a result of that beating, and the continuing pain, suffering, and mental anguish he suffers today and will suffer in the future as a result of that beating.  (2 hours)

2.      Officer Tracy Smith.  Senior Corporal Smith will testify concerning the events of November 17, 1999 made the basis of this lawsuit.  He will describe the facts surrounding the arrest and beating by Defendant Rudloff Mr. Burkins.  He will testify that the use of force by Officer Rudloff against Mr. Burkins was excessive and unreasonable.  He will testify about his decision to report Officer Rudloff's conduct to his superior officer, resulting in an Internal Affairs investigation and disciplinary action against Officer Rudloff.  (1½  hours)

**PLAINTIFF'S WITNESS LIST, EXHIBIT LIST, AND DEPOSITION DESIGNATIONS - Page 1**

3.      Officer Roger Rudloff.  Officer Rudloff will testify concerning the events of November 17, 1999 made the basis of this lawsuit, about the Internal Affairs investigation into his conduct, and about the disciplinary action taken against him because of his conduct.  (1 hour)

B.      Exhibits.

1.      Dallas Police Department Internal Affairs Division report (or excerpts thereof) concerning Officer Rudloff and the incident made the basis of this action.

2.      Medical records concerning Plaintiff's injuries on the night of November 17-18, 1999.

3.      Photographs of the scene of the event made the basis of this lawsuit, and of Mr. Burkins following his arrest, if they are located before trial.

4.      Schematic drawings of site of the events made the basis of this lawsuit, drawn by Mr. Burkins and Officer Smith.

5.      Defendant's written discovery responses.

C.      Deposition excerpts.

1.      Deposition of Officer Tracy Smith:  4:11 – 5:20, 6:19 – 58:129, 79:8 – 82:16.

2.      Deposition of Plaintiff Keith Burkins (transcript not available as of date of filing).

Respectfully submitted,

Kurt Schwarz
Texas Bar No. 17871550
Christopher A. Thompson
Texas Bar No.  24003049
**JACKSON WALKER L.L.P.**
901 Main Street, Suite 6000
Dallas, Texas  75202
Telephone:  (214) 953-6000
Facsimile:  (214) 953-5822

**ATTORNEYS FOR PLAINTIFF KEITH BURKINS**

## Certificate of Service

This is to certify that a true and correct copy of the above and foregoing has been forwarded via certified mail, return receipt requested, to the following person on this the _7th_ day of January, 2004.

Tracey R. Wallace
White & Wiggins, L.L.P.
1999 Bryan Street, Suite 3470
Dallas, Texas 75201

Kurt Schwarz

3509532v1 099901/00015

**PLAINTIFF'S WITNESS LIST, EXHIBIT LIST, AND DEPOSITION DESIGNATIONS - Page 3**