

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
JAN 1 2 2004
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| KEITH B. BURKINS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 300-CV2377-N |
| | § | |
| ROGER A. RUDLOFF, | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT'S PROPOSED WITNESS LIST, EXHIBIT LIST AND DEPOSITION DESIGNATIONS

COMES NOW, DEFENDANT, ("ROGER RUDLOFF"), and files this Proposed Witness List, Exhibit List and Deposition Designations:

**WITNESSES**

1. Keith Burkins. Mr. Burkins will testify regarding his allegations against Officer Rudloff. (2 hours).

2. Officer Roger Rudloff. Officer Rudloff will testify regarding the events of November 17, 1999, and the physical confrontation he experienced with the Plaintiff, Keith Burkins as well as his efforts to subdue Mr. Burkins. (2 hours).

3. Sergeant Jack Misak. Sergeant Misak will testify that he was standing next to Plaintiff Keith Burkins during the time that he was attended by the Dallas Fire Paramedics and that Mr. Burkins never stated he was struck by Officer Rudloff in the head with a flashlight. (1 hour).

3. Officer C.A. Dreher. Officer Dreher will testify that Mr. Burkins companion, Ms.

Vasquez, was arrested on November 17, 1999, for drug possession and that she informed the police officers that she and Plaintiff had just come from a known drug house. (1 hour).

4. Officer Jaime Castro. Officer Castro will testify that Mr. Burkins companion, Ms. Vasquez, was arrested on November 17, 1999, for drug possession and that she informed the police officers that she and Plaintiff had just come from a known drug house. (1 hour).

5. Mr. Gordon Reynolds. Mr. Reynolds will testify that he observed Mr. Burkins in a physical altercation with Officer Rudloff and that he never saw Officer Rudloff strike Mr. Burkins in the head with a flashlight. (1 hour).

6. Ms. Dorothy Tolliver. Ms. Tolliver will testify that she observed Mr. Burkins in a physical altercation with Officer Rudloff and that he never saw Officer Rudloff strike Mr. Burkins in the head with a flashlight. (1 hour).

7. Mr. James Russ. Mr. Russ will testify that he was one of the paramedics who treated Mr. Burkins for injuries sustained on November 17, 1999, and that Mr. Burkins never stated he was struck in the head by Officer Rudloff with a flashlight. (1 hour).

8. Ms. Tami Kayea. Ms. Kayea will testify that she was one of the paramedics who treated Mr. Burkins for injuries sustained on November 17, 1999, and that Mr. Burkins never stated he was struck in the head by Officer Rudloff with a flashlight. (1 hour).

**EXHIBITS**

1. Photographs of the scene of the event made the basis of this lawsuit.

2. Excerpts from the Dallas Police Department Internal Affairs Division report.

3. Plaintiff's discovery responses.

DEPOSITION EXCERPTS

1. Deposition of Officer Tracy Smith (for impeachment purposes)

2. Deposition of Keith Burkins

Respectfully Submitted,

By: _____
Kevin B. Wiggins
State Bar No. 21441600
Tracey R. Wallace
State Bar No. 00797617

White & Wiggins, L.L.P.
1999 Bryan Street, Suite 3470
Dallas, Texas 75201
(214) 655-4150
(214) 655-4170 Telecopier

**ATTORNEYS FOR DEFENDANT
ROGER RUDLOFF**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been forwarded to all parties of record on this the _8th_ day of January, 2004:

_____
TRACEY R. WALLACE

Defendant's Proposed Witness List, Exhibit List
and Deposition Excerpts - Page 3