

# United States District Court
## Northern District of Texas
### Dallas Division

**Honorable:** <u>Judge David C. Godbey</u>
Case Number: <u>3:00-CV-2377-N</u>
Title of Case: <u>Burkins v. Rudloff</u>
Date Empaneled: <u>February 2, 2004</u>
Courtroom Deputy Clerk: <u>Carla Johnson</u>
Court Reporter: <u>Linda Robbins</u>

## JURY ROLL

1. <u>Thomas J. McDaniel</u>
2. <u>Lisa Young</u>
3. <u>Linda M. Davidson</u>
4. <u>Patricia S. Dockins</u>
5. <u>Barbara R. Sosa</u>
6. <u>Kim Lancaster</u>
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15. 
16. 

**Number of jurors challenged/excused:** <u>0/19</u>

# United States District Court
## Northern District of Texas

### Strike List

Today's Date: 2/2/2004     Juror Master for Panel: 3:00-CV02377     Page 1 of 2
Judge: DAVID GODBEY

1. THOMAS J. MCDANIEL
2. ~~CAROL J. RIEMER~~ PP
3. ~~STEVEN R. GILL~~ PP
4. LISA YOUNG
5. LINDA M. DAVIDSON
6. PATRICIA S. DOCKINS
7. ~~CHRISTOPHER W. LYONS~~ PP
8. BARBARA R. SOSA
9. ~~ALEXIS A. PADILLA~~ PD
10. ~~SUSAN SPARKS~~ PD
11. ~~WILLIAM J. CURRY~~ PD
12. KIM L. LANCASTER
13. DIANE E. GILLETTE
14. RICHARD J. GUZMAN
15. DESIREE W. SCHORN
16. ROBERT L. ALEXANDER
17. EDWARD M. RAMIREZ
18. HERSHAL L. GAGE
19. RICHARD H. HAMRICK
20. DEBRA K. GEBHARDT

Legend:   J=Jury   A=Alternate   NU=Not Used   CN=Consent
PP=Peremptory Pros/Plaintiff   PD=Peremptory Defendant
C=Challenge For Cause

**Strike List**

Today's Date: 2/2/2004       Juror Master for Panel: 3:00-CV02377         Page 2 of 2
                             Judge: DAVID GODBEY

21. DOUGLAS YEAGER

22. ROSE M. CALLAHAN

23. MARYJOAN HOMER

24. MENG-HSIU WU

25. TERESA A. CERVANTES

Legend   J=Jury   A=Alternate   NU=Not Used   CN=Consent
PP=Peremptory Pros/Plaintiff   PD=Peremptory Defendant
C=Challenge For Cause

# United States District Court
## Northern District of Texas
### Strike List

| | | |
|---|---|---|
| Today's Date: 2/2/2004 | Juror Master for Panel: 3:00-CV02377 | Page 1 of 2 |
| | Judge: DAVID GODBEY | |

1. THOMAS J. MCDANIEL
2. ~~CAROL J. RIEMER~~ PP
3. ~~STEVEN R. GILL~~ PP
4. LISA YOUNG
5. LINDA M. DAVIDSON
6. PATRICIA S. DOCKINS
7. ~~CHRISTOPHER W. LYONS~~ PP
8. BARBARA R. SOSA
9. ALEXIS A. PADILLA
10. SUSAN SPARKS
11. WILLIAM J. CURRY
12. KIM L. LANCASTER
13. DIANE E. GILLETTE
14. RICHARD J. GUZMAN
15. DESIREE W. SCHORN
16. ROBERT L. ALEXANDER
17. EDWARD M. RAMIREZ
18. HERSHAL L. GAGE
19. RICHARD H. HAMRICK
20. DEBRA K. GEBHARDT

Legend:  J=Jury   A=Alternate   NU=Not Used   CN=Consent
PP=Peremptory Pros/Plaintiff   PD=Peremptory Defendant
C=Challenge For Cause



Strike List

Today's Date: 2/2/2004         Juror Master for Panel: 3:00-CV02377                    Page 2 of 2
                               Judge: DAVID GODBEY

- 21.  DOUGLAS YEAGER
- 22.  ROSE M. CALLAHAN
- 23.  MARYJOAN HOMER
- 24.  MENG-HSIU WU
- 25.  TERESA A. CERVANTES

Legend:   J=Jury    A=Alternate    NU=Not Used    CN=Consent
          PP=Peremptory Pros/Plaintiff    PD=Peremptory Defendant
          C=Challenge For Cause

United States District Court
Northern District of Texas

## Strike List

| | |
|---|---|
| Today's Date: 2/2/2004 | Juror Master for Panel: 3:00-CV02377 |
| | Judge: DAVID GODBEY |

Page 1 of 2

1. THOMAS J. MCDANIEL
2. CAROL J. RIEMER
3. STEVEN R. GILL
4. LISA YOUNG
5. LINDA M. DAVIDSON
6. PATRICIA S. DOCKINS
7. CHRISTOPHER W. LYONS
8. BARBARA R. SOSA
9. ~~ALEXIS A. PADILLA~~   P D
10. ~~SUSAN SPARKS~~   P D
11. ~~WILLIAM J. CURRY~~   P D
12. KIM L. LANCASTER
13. DIANE E. GILLETTE
14. RICHARD J. GUZMAN
15. DESIREE W. SCHORN
16. ROBERT L. ALEXANDER
17. EDWARD M. RAMIREZ
18. HERSHAL L. GAGE
19. RICHARD H. HAMRICK
20. DEBRA K. GEBHARDT

Legend:   J=Jury   A=Alternate   NU=Not Used   CN=Consent
PP=Peremptory Pros/Plaintiff   PD=Peremptory Defendant
C=Challenge For Cause

Strike List

Today's Date: 2/2/2004            Juror Master for Panel: 3:00-CV02377            Page 2 of 2
                                  Judge: DAVID GODBEY

21. DOUGLAS YEAGER

22. ROSE M. CALLAHAN

23. MARYJOAN HOMER

24. MENG-HSIU WU

25. TERESA A. CERVANTES

Legend    J=Jury    A=Alternate    NU=Not Used    CN=Consent
          PP=Peremptory Pros/Plaintiff    PD=Peremptory Defendant
          C=Challenge For Cause