

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEITH B. BURKINS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 300-CV2377-N |
| | § | |
| ROGER A. RUDLOFF, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

This action came on for trial before the Court and jury, Honorable David C. Godbey, United States District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS HEREBY ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed on the merits. Each party shall bear its own costs of this action.

SIGNED this the _11_ day of February 2004.

_____
UNITED STATES DISTRICT JUDGE