IN THE UNITED STATES District Court
For THE Northern District of Texas
Dallas Division

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 17 2004
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | | |
|---|---|---|
| KEITH B. BURKINS | § | |
| V. | § | 3-00-CV-2377-M N |
| ROGER A. RUDLOFF, et., al | § | |

## PLAINTIFFS MOTION FOR COURT RECORDS DOCUMENTS TRANSCRIPT AND COURT MINUTES

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES PLAINTIFF KEITH B. BURKINS, INMATE OF THE DALLAS COUNTY JAIL AND FILES THIS HIS PLAINTIFF MOTION FOR COURT RECORDS DOCUMENTS TRANSCRIPT AND COURT MINUTES. IN SUPPORT THEREOF, THE PLAINT WOULD RESPECTFULLY SHOW THE COURT THE FOLLOWING:

### LIBERAL SCRUTINY UNDER HAINES J. KERNER

### I

IT IS REQUESTED THIS MOTION, ANY ARGUMENTS THERETO, AND ALL FUTURE MOTION, COMMUNICATIONS, AND HEARINGS, BE TREATED LIBERALLY. UNDER THE GUIDE LINES ESTABLISHED IN HAINES J. KERNER 92 S.ct. 594 (1971).

### II.

### ISSUE PRESENTED

(1). PLAINTIFF NEEDS THE TRANSCRIPT AND COURT RECORDS AND DOCUMENTS. TO PERFECT HIS APPEAL. THE APPEALS COURT NOTIFIED ME THAT I MUST REQUEST THE RECORDS AND TRANSCRIPT AT THE EXPENSE OF THE GOVERNMENT