

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 04-10239
3:00CV2377-N

United States Court of Appeals
Fifth Circuit
**FILED**
June 23, 2004

Charles R. Fulbruge III
Clerk

KEITH B BURKINS

    Plaintiff - Appellant

v.

ROGER A RUDLOFF, Officer; TERRELL BOLTON, Dallas Police Department

    Defendants - Appellees

---

Appeal from the United States District Court for the
Northern District of Texas, Dallas

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of June 23, 2004, for want of prosecution. The appellant failed to timely pay the docketing fee.

    CHARLES R. FULBRUGE III
    Clerk of the United States Court
    of Appeals for the Fifth Circuit

By: _____
    Mary Frances Noveh, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-2

*[Stamp: U.S. District Court, Northern District of Texas, FILED JUN 28 2004, Clerk, U.S. District Court, Deputy]*

*[Stamp: Clerk, U.S. Court of Appeals, Fifth Circuit, By Mary Frances Noveh, Deputy, JUN 23 2004, New Orleans, Louisiana]*

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

June 23, 2004

Ms Karen S Mitchell, Clerk
Northern District of Texas, Dallas
United States District Court
Room 14A20
1100 Commerce Street
Dallas, TX 75242



   No. 04-10239  Burkins v. Rudloff
      USDC No.  3:00-CV-2377-N

Enclosed is a certified copy of the judgment issued as the mandate.

                          Sincerely,

                          CHARLES R. FULBRUGE III, Clerk

                          By: _____
                              Mary Frances Noveh, Deputy Clerk
                              504-310-7686

cc: w/encl:
    Mr Keith B Burkins
    Ms Tracey R Wallace

MDT-1